AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Kentucky

| United States of America | ) |
|---|---|
| v. | ) |
| Raymond D. Risner | ) Case No. 7:22-MJ-37-EBA |
| | ) |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __June 2022 through October 2022__ in the county of __Knott__ in the __Eastern__ District of __Kentucky__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 21 U.S.C. § 841(a)(1) | To knowingly or intentionally distribute, possess with intent to distribute a controlled substance (06/13/22, 07/18/22 & 07/20/22) |
| Title 21 U.S.C. §846 | Conspiracy to Distribute a Controlled Substance (June 2022 to October 2022) |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
Complainant's signature         per missra

Jeffrey S. Baker, Senior Special Agent, ATF
Printed name and title

Sworn to before me and signed in my presence.

Date: 11/2/2022

_____
Judge's signature

City and state: Lexington, KY ~~Pikeville, KY~~

Edward B. Atkins, U.S. Magistrate Judge
Printed name and title